IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN WALL, *et al.* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:16cv1374 |
| | § | |
| UNITED STATES MAGISTRATE | § | |
| JUDGE ROY PAYNE, *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 4), filed on December 15, 2016, recommends that the lawsuit be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). No written objections have been filed. The Court mailed the Report and Recommendation to each plaintiff via certified mail. Copies sent to each plaintiff were returned with the notation "refused." The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

**So ORDERED and SIGNED this 12th day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE